IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-19-1197-1 |
| HECTOR ABEL GUERRA | § | |

**VERIFICATION**

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF STARR | § |

Before me, the undersigned authority, personally appeared G. Allen Ramirez who, being by me duly sworn, stated as follows:

"My name is G. Allen Ramirez and I am the attorney of record for **HECTOR ABEL GUERRA**, in this case. I personally prepared the above Unopposed Motion for Continuance and all of the facts alleged therein are true and correct."

_____
G. ALLEN RAMIREZ
Attorney at Law

**SUBSCRIBED AND SWORN** before me this the 27th day of August, 2019.

BELINDA GONZALEZ
Notary Public, State of Texas
Comm. Expires 03-03-2021
Notary ID 126823632

_____
**NOTARY PUBLIC,**
State of Texas