IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-19-1197-1 |
| HECTOR ABEL GUERRA | § | |

## ORDER

This Court having heard the above and foregoing *Unopposed Motion for Continuance*, and this Court being of the opinion that the same should be GRANTED ( )/ DENIED ( ).

SIGNED AND ENTERED this _____ day of _____, 2019.

_____
JUDGE PRESIDING